[33 NYS3d 194]

MP Cool Investments Ltd., Appellant, v Dan Forkosh et al., Respondents.

First Department, May 31, 2016

**[Decision previously reported at this citation has been recalled and vacated (see 2016 NY Slip Op 84257[U] [2016]) and a new decision issued (see — AD3d —, 2016 NY Slip Op 05944 [2016]).]**